

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of driving an automobile upon a public highway while intoxicated, and his punishment was assessed at a fine of $100.

The complaint and information, as well as all matters of procedure, appear regular. There being no statement of facts or bills of exception in the record, nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

### McADOO v. STATE.
### No. 26348.

Court of Criminal Appeals of Texas.
April 1, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

Driving a motor vehicle while intoxicated upon a public highway is the offense; the punishment, a fine of $100.

No statement of facts or bills of exception accompany the record. Nothing is presented for our consideration.

The judgment is affirmed.

Opinion approved by the court.

### CRAWFORD v. STATE.
### No. 26349.

Court of Criminal Appeals of Texas.
April 1, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

WOODLEY, Judge.

The conviction is for driving while intoxicated, the punishment a fine of $50.

The record contains no statement of facts or bills of exception. All proceedings appear to be regular.

The judgment is affirmed.